## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RUBIO'S RESTAURANTS, INC., *et al.*,[1] | ) | Case No. 20-12688 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Docket Ref. Nos. 224, 278, 280, 299, 305 & 327** |

## NOTICE OF FILING OF REDLINED PAGES FOR FURTHER REVISED ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES SCHEDULE

**PLEASE TAKE NOTICE THAT**, on November 30, 2020, Rubio's Restaurants, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the initial plan supplement [Docket No. 224] (as amended, the "Plan Supplement") in support of, and in accordance with, the *Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Rubio's Restaurants, Inc. and its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code,* dated December 14, 2020 [Docket No. 278] (as may be amended, supplemented, or modified from time to time, the "Plan"). Exhibit F to the Plan Supplement contained the Assumed Executory Contracts and Unexpired Leases Schedule (as defined in the Plan).

**PLEASE TAKE FURTHER NOTICE THAT**, on December 22, 2020 [*see* Docket No. 305], the Debtors filed a fifth Plan Supplement, which included a revised Assumed Executory Contracts and Unexpired Leases Schedule.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Rubio's Restaurants, Inc. (0303); MRRC Hold Co. (1242); Rubio's Restaurants of Nevada, Inc. (7609); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

**PLEASE TAKE FURTHER NOTICE THAT**, on December 30, 2020 [*see* Docket No. 327], the Debtors filed a sixth Plan Supplement, which included a further revised Assumed Executory Contracts and Unexpired Leases Schedule.

**PLEASE TAKE FURTHER NOTICE THAT**, for informational purposes, the Debtors are filing the redlined pages attached hereto as Exhibit A, which reflects the changes to the Assumed Executory Contracts and Unexpired Leases Schedule filed as part of the fifth Plan Supplement with the revised Assumed Executory Contracts and Unexpired Leases Schedule filed as part of the sixth Plan Supplement.  The Assumed Executory Contracts and Unexpired Leases Schedule remains subject to all of the terms and conditions provided for therein.

*[Remainder of page intentionally blank]*

27536974.1

Dated: December 30, 2020
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Betsy L. Feldman*

M. Blake Cleary (No. 3614)
Edmon L. Morton (No. 3856)
Ryan M. Bartley (No. 4985)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mbcleary@ycst.com
       emorton@ycst.com
       rbartley@ycst.com
       bfeldman@ycst.com

- and -

ROPES & GRAY LLP
Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
Andrew E. Glantz (admitted *pro hac vice*)
Mark Maciuch (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
       cristine.schwarzman@ropesgray.com
       andrew.glantz@ropesgray.com
       mark.maciuch@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*

27536974.1

## Exhibit A

**Redline of Assumed Executory Contracts and Unexpired Leases Schedule.**

| Seq. # | Debtor Obligor | Counterparty Name | Description of Contract | Cure Cost, If Any | Note |
|---|---|---|---|---|---|
| 391 | Rubio's Restaurants, Inc. | La Paz Viejo Company | Lease Agreement for Store #034 | $0.00 | |
| 392 | Rubio's Restaurants, Inc. | Lahaina Partners, LLC and VR Temecula, LLC | Lease Agreement for Store #170 | $8,920.56 | * |
| 476 | Rubio's Restaurants, Inc. | Lakewood Galleria, Lakewood CA, LLC | Lease Agreement for Store #188 | $24,832.50$3,776.25 | -† |
| 393 | Rubio's Restaurants, Inc. | Leahy Associates LLC | Lease Agreement for Store #024 | $21,250.00 | *, † |
| 394 | Rubio's Restaurants, Inc. | LILAC19 LP | Lease Agreement for Store #202 | $30,335.04 | |
| 395 | Rubio's Restaurants, Inc. | Lippow/Arcadia, LLC | Lease Agreement for Store #099 | $5,735.12 | |
| 396 | Rubio's Restaurants, Inc. | Marina Associates Shopping Center, LP | Lease Agreement for Store #028 | $0.00 | |
| 477 | Rubio's Restaurants, Inc. | MCD-RC CA-Amerige, LLC | Lease Agreement for Store #162 | $79,552.11 | |
| 397 | Rubio's Restaurants, Inc. | McGrath-RHD Partners, LP | Lease Agreement for Store #093 | $11,666.69 | * |
| 398 | Rubio's Restaurants, Inc. | Meridian Orange Center, LLC | Lease Agreement for Store #109 | $0.00 | |
| 399 | Rubio's Restaurants, Inc. | MG Partners Fund VIII Capital Village, LLC | Lease Agreement for Store #214 | $0.00 | |
| 400 | Rubio's Restaurants, Inc. | MMM West, Inc. | Lease Agreement for Store #134 | $750.00 | |
| 401 | Rubio's Restaurants, Inc. | MNG II, LP | Lease Agreement for Store #159 | $8,608.36 | |
| 461 | Rubio's Restaurants, Inc. | Monument Investments, L.P. | Lease Agreement for Store #240 | $0.00 | |
| 402 | Rubio's Restaurants, Inc. | Morraine Stangl, Trustee of Morraine E. Stangl Trust | Lease Agreement for Store #008 | $0.00 | |
| 403 | Rubio's Restaurants, Inc. | Murari L. Gupta and Inder J. Gupta, as Trustees of The Gupta Family Trust dated 11/30/2006 | Lease Agreement for Store #110 | $0.00 | |
| 404 | Rubio's Restaurants, Inc. | Nashashibi Family Trust | Lease Agreement for Store #215 | $0.00 | |

27503708.1

| Seq. # | Debtor Obligor | Counterparty Name | Description of Contract | Cure Cost, If Any | Note |
|---|---|---|---|---|---|
| 419 | Rubio's Restaurants, Inc. | RKF Realty, Inc. | Lease Agreement for Store #098 | $0.00 | |
| 420 | Rubio's Restaurants, Inc. | ROIC California, LLC | Lease Agreement for Store #106 | $0.00 | |
| 462 | Rubio's Restaurants, Inc. | ROIC California, LLC | Lease Agreement for Store #010 | $0.00 | - |
| 421 | Rubio's Restaurants, Inc. | Rolling Hills Plaza, LLC | Lease Agreement for Store #037 | $0.00 | |
| 422 | Rubio's Restaurants, Inc. | Rooney Ranch, LLC | Lease Agreement for Store #101 | $5,544.58 | *, † |
| 423 | Rubio's Restaurants, Inc. | Roseville PH, LLC & Convoy Roseville, LLC | Lease Agreement for Store #308 | $1,000.00 | |
| 424 | Rubio's Restaurants, Inc. | S.D. Retail, LLC | Lease Agreement for Store #020 | $11,429.38 | *, † |
| 425 | Rubio's Restaurants, Inc. | S.F. Partners | Lease Agreement for Store #064 | $0.00 | |
| 426 | Rubio's Restaurants, Inc. | San Diego Crossroads Center L.P. | Lease Agreement for Store #009 | $9,996.25 | * |
| 427 | Rubio's Restaurants, Inc. | San Diego State Univ. | Lease Agreement for Store #190 | $0.00 | |
| 428 | Rubio's Restaurants, Inc. | SandTree Menifee, LLC | Lease Agreement for Store #279 | $0.00 | |
| 429 | Rubio's Restaurants, Inc. | Scripps REG, LLC | Lease Agreement for Store #077 | $43,555.48 | |
| 430 | Rubio's Restaurants, Inc. | Shapell Socal Rental Properties, LLC | Lease Agreement for Store #018 | $10,536.09 | * |
| 481 | Rubio's Restaurants, Inc. | Shops at Mission Viejo, LLC | Lease Agreement for Store #111 | $500.00 | |
| 482 | Rubio's Restaurants, Inc. | Snow Creek Village West Partners | Lease Agreement for Store #177 | $26,836.50 | |
| 431 | Rubio's Restaurants, Inc. | Sol Hoff Company, LLC | Lease Agreement for Store #050 | $29,027.28 | |
| 432 | Rubio's Restaurants, Inc. | Sonora Village LLC | Lease Agreement for Store #038 | $0.00 | |

27503708.1

| Seq. # | Debtor Obligor | Counterparty Name | Description of Contract | Cure Cost, If Any | Note |
|---|---|---|---|---|---|
| 487 | Rubio's Restaurants, Inc. | TWC-Chandler, LLC | Lease Agreement for Store #164 | $66,418.12 | |
| 446 | Rubio's Restaurants, Inc. | Ultimate Capital, LLC | Lease Agreement for Store #102 | $0.00 | |
| 447 | Rubio's Restaurants, Inc. | Val Vista South, LLC | Lease Agreement for Store #039 | $14,000.00 | * |
| 448 | Rubio's Restaurants, Inc. | Vestar California XVII, L.L.C. | Lease Agreement for Store #056 | $750.00 | |
| 449 | Rubio's Restaurants, Inc. | VK MacArthur, LLC | Lease Agreement for Store #026 | $0.00 | |
| 450 | Rubio's Restaurants, Inc. | VRDO Plaza Partnership | Lease Agreement for Store #063 | $14,175.00 | * |
| 451 | Rubio's Restaurants, Inc. | Weingarten Nostat, Inc. | Lease Agreement for Store #007 | $0.00$1,000.00 | |
| 452 | Rubio's Restaurants, Inc. | Weingarten Realty Investors | Lease Agreement for Store #152 | $1,466.92 | |
| 488 | Rubio's Restaurants, Inc. | Wells Fargo Bank, NA, Trustee of the Whitney Trusts | Lease Agreement for Store #216 | $7,171.10 | |
| 489 | Rubio's Restaurants, Inc. | WFC Fund I Legacy OPCO LLC | Lease Agreement for Store #192 | $7,462.77 | |

## **Assignment by Rubio's Restaurants of Nevada, Inc.**

In accordance with section 5.1 of the Plan, the following agreements will be assumed by Debtor Rubio's Restaurants of Nevada, Inc. and assigned to Debtor Rubio's Restaurants, Inc.

| Seq. # | Debtor Obligor | Counterparty Name | Description of Contract | Cure Cost, If Any |
|---|---|---|---|---|
| 339 | Rubio's Restaurants of Nevada, Inc. | Bradonavon Investments, LLC | Lease Agreement for Store #209 | $10,853.08 |
| 467 | Rubio's Restaurants of Nevada, Inc. | CH Realty VII/R Las Vegas Pebble, L.L.C. | Lease Agreement for Store #207 | $0.00 |

27503708.3