

**Claims Register as of 04/30/2021**
Sorted by Claim Number

| Date Filed | Claim No. | Name | Attention Line | Address 1 | Address 2 | Address 3 | City | State | Zip | Total Amount | Unsecured | Priority | Secured | Administrative | Debtor Name | Case No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2020 | 1 | NuCO2, LLC | | 2800 SE Market Place | | | Stuart | FL | 34997 | $16,485.62 | $16,485.62 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/06/2020 | 2 | Riverside County Tax Collector | Attn: Adelina Abril | 4080 Lemon St | 4th Floor | | Riverside | CA | 92501 | $2,200.33 | | | $2,200.33 | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/09/2020 | 3 | Maricopa County Treasurer | c/o Maricopa County Attorney's Office | Attn: Peter Muthig | 225 W. Madison Street | | Phoenix | AZ | 85003 | $28,302.04 | | | $28,302.04 | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/09/2020 | 4 | Maricopa County Treasurer | c/o Maricopa County Attorney's Office | Attn: Peter Muthig | 225 W. Madison Street | | Phoenix | AZ | 85003 | $28,302.04 | | | $28,302.04 | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/12/2020 | 5 | Frassica, Inc. | c/o Reid & Hellyer, APC | Attn: Douglas A. Plazak | PO Box 1300 | | Riverside | CA | 92502-1300 | $45,998.06 | $45,998.06 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/16/2020 | 6 | Saber Corner LLC | c/o Stearns Weaver | Attn: John N. Muratides, Esq. | 401 Jackson St | Suite 2100 | Tampa | FL | 33602 | $284,946.05 | $284,946.05 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/16/2020 | 7 | Jameson Management Inc DBA Priority Door Systems | Priority Door Systems | 836 W Washington Ave | | | Escondido | CA | 92025 | $2,134.10 | $484.10 | $1,650.00 | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/17/2020 | 8 | JRM Mechanical | | 20609 N 4th Avenue | | | Phoenix | AZ | 85027 | $29,689.75 | $29,689.75 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/19/2020 | 9 | Sunwest Bank | c/o Buchalter, PC | Attn: Scott Smith | 18400 Von Karman Ave | Suite 800 | Irvine | CA | 92612 | $10,000,000.00 | $10,000,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/20/2020 | 10 | Simon Property Group, Inc. | Ronald M. Tucker | 225 West Washington Street | | | Indianapolis | IN | 46204 | $719,307.34 | $719,307.34 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/23/2020 | 11 | SRP | c/o SRP - Customer Credit Services ISB232 | Attn: Breanna Holmes | PO Box 52025 | | Phoenix | AZ | 85072 | $17,673.63 | $17,673.63 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/23/2020 | 12 | Said Marouf and Roswitha Marouf Family Trust | Said Marouf, Sole Trustee of the Said Marouf and Roswitha Marouf Family Trust | 7780 Lookout Dr. | | | La Jolla | CA | 92037 | $93,630.00 | $93,630.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/24/2020 | 13 | HireRight, LLC | | PO Box 847891 | | | Dallas | TX | 75284-7891 | $4,152.85 | $4,152.85 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/25/2020 | 14 | Christopher's Inc. | John W. Guest | 3221 West MacArthur Blvd | | | Santa Ana | CA | 92704 | $127.74 | $127.74 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/25/2020 | 15 | Christopher's Inc. | John W. Guest | 3221 West MacArthur Blvd | | | Santa Ana | CA | 92704 | $848.50 | $848.50 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/25/2020 | 16 | Frederick L Irwin | | 2510 Nelson Avenue #3 | | | Redondo Beach | CA | 90278 | $490.00 | $490.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/25/2020 | 17 | State of Nevada Department of Taxation | | 555 E. Washington Ave. | Ste #1300 | | Las Vegas | NV | 89101 | $2,634.84 | | $2,634.84 | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/25/2020 | 18 | State of Nevada Department of Taxation | | 555 E. Washington Ave. | Ste #1300 | | Las Vegas | NV | 89101 | $26,867.36 | | $26,867.36 | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/23/2020 | 19 | JB Mechanical Inc. | AKA MAS Service | Attn: Stephanie Williamson | 5542 Brisa St | Suite H | Livermore | CA | 94550 | $8,542.41 | $8,542.41 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/30/2020 | 20 | Viatech Publishing Solutions, Inc. | Attn: Matt B. Willaims | 11935 N. Stemmons Fwy | Suite 175 | | Dallas | TX | 75234 | $3,310.60 | $3,310.60 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/30/2020 | 21 | Los Angeles Plumbing & Backflow Testing, Inc. | c/o CRF Solutions | Attn: Julie Henderson | PO Box 1389 | | Simi Valley | CA | 93062 | $6,754.74 | $6,754.74 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/01/2020 | 22 | Arapahoe County Treasurer | Attn: Sue Sandstrom; Laurene Luebke | 5334 S Prince Street | | | Littleton | CO | 80120 | $10,692.42 | | | $10,692.42 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/01/2020 | 23 | Contract Furniture Company | Rourke E. Trivell | 2325 Palos Verdes Dr West | #307 | | Palos Verdes Est | CA | 90274 | $14,807.85 | $14,807.85 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/01/2020 | 24 | Hi-Tech Mechanical Contractors, Inc. | Attn: Brian David Stephen | 2580 Auburn Folsom Rd. | | | Newcastle | CA | 95658 | $19,765.73 | $19,765.73 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 11/24/2020 | 25 | Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | | Columbia | SC | 29203 | $29,402.23 | $16,840.21 | | | $12,562.02 | Rubio's Restaurants of Nevada, Inc. | 20-12690 |
| 11/30/2020 | 26 | Douglas County Treasurer | | 100 Third St | Ste 120 | | Castle Rock | CO | 80104 | $3,881.88 | $3,881.88 | Any unsecured | $3,881.88 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/03/2020 | 28 | Roseville Shoppingtown LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland, Esq. | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 6511 | $154,896.70 | $154,896.70 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/03/2020 | 29 | UTC Venture LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland, Esq. | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 6511 | $115,611.76 | $115,611.76 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/09/2020 | 30 | Starmont Shops at Stadium Towers, LLC | Christopher Chew | 1925 Century Park East | Suite 1700 | | Los Angeles | CA | 90067 | $308,802.32 | $308,802.32 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/09/2020 | 31 | Euler Hermes N. A. Insurance Co. Agent of DIVERSIFIED FOODSERVICE SUPPLY INC. (CLUS000171) | c/o Euler Hermes North America Insurance Company | 800 Red Brook Blvd. | | | Owing Mills | MD | 21117 | $13,687.92 | $7,531.61 | | | $6,156.31 | Rubio's Restaurants, Inc. | 20-12688 |
| 12/09/2020 | 32 | ATC Plumbing Source Inc | | PO Box 712393 | | | San Diego | CA | 92171 | $10,246.91 | $10,246.91 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/10/2020 | 33 | City of Orange | Finance Dept | 300 E Chapman Ave | | | Orange | CA | 92856 | $600.00 | | $600.00 | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/10/2020 | 34 | Vortex Industries, Inc. | Michelle Crecelius | 20 Odyssey | | | Irvine | CA | 92618 | $4,665.40 | $4,665.40 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/14/2020 | 35 | Miami Dade County Tax Collector | Paralegal Unit | Attn: Wendy Montoya | 200 NW 2nd Avenue | Suite #430 | Miami | FL | 33128 | $24,561.34 | | | $24,561.34 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/14/2020 | 36 | Ambient Temperature Control, Inc. | Janet Renkenberger | 2403 Research Drive | | | Livermore | CA | 94550 | $44,405.07 | $23,639.08 | | | $20,765.99 | Rubio's Restaurants, Inc. | 20-12688 |
| 12/08/2020 | 37 | Norm's Refrigeration & Ice Equipment, Inc., a California Corporation | c/o Collection At Law, Inc. | Attn: Jack Groendal | 3835 E Thousand Oaks Blvd | Suite R349 | Westlak Village | CA | 91362 | $17,826.10 | $17,826.10 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/11/2020 | 38 | Yukon Services, Inc | Dba Yukon Refrigeration | Attn: Laura Schulthies | 3640 N. Rancho Dr. | #102 | Las Vegas | NV | 89130 | $8,376.21 | $8,376.21 | | | | Rubio's Restaurants of Nevada, Inc. | 20-12690 |
| 12/15/2020 | 39 | C21, LLC | Alan Sweetbaum | Sweetbaum Sands Anderson PC | 1125 17th Street | Suite 2100 | Denver | CO | 80202 | $556,519.31 | $556,519.31 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/14/2020 | 40 | Pima County, AZ | Attn: Kathryn One | c/o Pima County Attorney's Office | 32 N. Stone Avenue | Suite 2100 | Tucson | AZ | 85701 | $1,380.31 | | | $1,380.31 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/14/2020 | 41 | Pima County, AZ | Attn: Kathryn One | c/o Pima County Attorney's Office | 32 N. Stone Avenue | Suite 2100 | Tucson | AZ | 85701 | $1,421.35 | | | $1,421.35 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/14/2020 | 42 | Pima County, AZ | Attn: Kathryn One | c/o Pima County Attorney's Office | 32 N. Stone Avenue | Suite 2100 | Tucson | AZ | 85701 | $1,060.52 | | | $1,060.52 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/14/2020 | 43 | Blackhawk Network, Inc. | Attn: Robert L. Golish, Esq. | 6220 Stoneridge Mall Road | | | Pleasanton | CA | 94588 | $4,735.00 | $4,735.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/15/2020 | 44 | Keter Environmental Services, Inc. | Richard Plutzer | 4 High Ridge Park | Suite 202 | | Stamford | CT | 06905 | $2,607.90 | $2,607.90 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/17/2020 | 45 | Young Electric Sign Company | Melanie Schaefer | 6725 W Chicago St | | | Chandler | AZ | 85226 | $3,833.59 | $3,833.59 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/17/2020 | 46 | Southern California Edison Company | Attn: Tammy McCullar | 1551 W San Bernardino Road | | | Covina | CA | 91722 | $115,377.46 | $115,377.46 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/17/2020 | 47 | County of Santa Clara Department of Tax & Collections | Attn: Melissa Water | 852 N First St | | | San Jose | CA | 95112 | $5,396.47 | | | $5,396.47 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/21/2020 | 48 | Hailey Parker | c/o Winer, Burrett & Tillis, LLP | Attn: Kelli D. Burritt, Esq. | 21700 Oxnard Street, Suite 2070 | | Woodland Hills | CA | 91367 | $1,500,000.00 | $1,500,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/22/2020 | 49 | Pinellas County Tax Collector | Geoff Giaquinto, CFCA, CPM, Branch Manager | Post Office Box 6340 | | | Clearwater | FL | 33758-6340 | $9,192.80 | | | $9,192.80 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/22/2020 | 50 | Broward County | c/o Records, Taxes and Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave. A-100 | | Ft. Lauderdale | FL | 33301 | $14,536.28 | $2,745.88 | | $2,745.88 | $11,790.40 | Rubio's Restaurants, Inc. | 20-12688 |
| 12/22/2020 | 51 | Department of Treasury - Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | $721,602.73 | | $721,602.73 | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/23/2020 | 52 | County of Orange | Elizabeth Bermudez | PO Box 4515 | | | Santa Ana | CA | 92702 | $4,096.13 | $3,296.85 | | $799.28 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/22/2020 | 53 | Vestar DRM-Opco, LLC | c/o Clark Hill PLC | Attn: David M. Blau, Esq. | 151 S. Old Woodward Ave., Ste. 200 | | Birmingham | MI | 48009 | $168,824.47 | $168,824.47 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/23/2020 | 54 | MGP VIII PROPERTIES, LLC | AKA Merlone Geier Partners | Attn: Amy Shaw | Lease Administration #422-010 | 425 California Street, 10th Floor | San Francisco | CA | 94104 | $183,749.05 | $183,749.05 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/23/2020 | 55 | Hart Pacific Commons, LLC | c/o Clark Hill PLC | Attn: David M. Blau, Esq. | 151 S. Old Woodward Ave., Ste. 200 | | Birmingham | MI | 48009 | $210,989.04 | $210,989.04 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/28/2020 | 56 | Angelina Crisci | | 3704 Jackdaw Street | | | San Diego | CA | 92103 | $10,000.00 | | | $10,000.00 | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/29/2020 | 57 | Hailey Parker | c/o Winer, Burrett & Tillis, LLP | Attn: Kelli D. Burritt, Esq. | 21700 Oxnard Street | Suite 2070 | Woodland Hills | CA | 91367 | $1,500,000.00 | $1,500,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/29/2020 | 58 | California/Easton LLC | c/o M.D. Atkinson Co. Inc. | Attn: Dan Dorman Kremers | 1401 19th Street | #400 | Bakersfield | CA | 93301 | $573,754.56 | $573,754.56 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/30/2020 | 59 | MCA Promenade Owner LLC | | 2201 South Blvd. #400 | | | Charlotte | NC | 28203 | At Least 256703.98 plus unknown amounts | At Least 256703.98 plus unknown amounts | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 12/31/2020 | 60 | Hillsborough County Tax Collector | Attn: Doug Belden | PO Box 30012 | | | Tampa | FL | 33630-3012 | $10,699.81 | | | $10,699.81 | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/04/2021 | 61 | Lori Simmang & James Simmang | c/o Law Offices of Steven C. Greeting | Attn: Steven C. Geeting | 3890 11th St. | Suite #115 | Riverside | CA | 92501 | $250,000.00 | $250,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/05/2021 | 62 | Southwest Gas Corporation | c/o Bankruptcy Desk | Rosalie Klein | PO Box 1498 | | Victorville | CA | 92393 | $19,773.69 | $19,773.69 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/07/2021 | 63 | El Paseo Property Owner, LLC | c/o SSL Law Firm LLP | Attn: Ivo Keller | 505 Montgomery Street | Suite 620 | San Francisco | CA | 94111 | $98,637.79 | $98,637.79 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/07/2021 | 64 | City of Mesa | Credit Services | PO Box 1878 | | | MESA | AZ | 85211 | $638.51 | $638.51 | | | | MRRC Hold Co. | 20-12689 |
| 01/07/2021 | 65 | City of Mesa | Credit Services | PO BOX 1878 | | | MESA | AZ | 85211 | $498.60 | $498.60 | | | | MRRC Hold Co. | 20-12689 |
| 01/07/2021 | 66 | City of Mesa | Credit Services | PO BOX 1878 | | | MESA | AZ | 85211 | $530.02 | $530.02 | | | | MRRC Hold Co. | 20-12689 |
| 01/07/2021 | 68 | City of Seal Beach | Finance Director | 211 Eighth Street | | | Seal Beach | CA | 90740 | $217.73 | | | $217.73 | | MRRC Hold Co. | 20-12689 |
| 01/04/2021 | 69 | Hillsborough County Tax Collector | Attn: Doug Belden | PO Box 30012 | | | Tampa | FL | 33630-3012 | $10,699.81 | | | $10,699.81 | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/08/2021 | 70 | Griffin Partners III-200Union, L.P. | Jester Gibson & Moore, LLP | 1999 Broadway, Suite 3225 | | | Denver | CO | 80202 | $178,474.07 | $178,474.07 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/11/2021 | 71 | 4imprint | Kirstin Judith Chapman | 101 Commerce St | | | Oshkosh | WI | 54901 | $4,822.16 | $4,822.16 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/11/2021 | 72 | Marco Loera Sandoval | Marco Loera Sandoval | 5631 Winchester Ct. | | | Las Vegas | NV | 89110 | $6,580.32 | $6,580.32 | | | | MRRC Hold Co. | 20-12689 |
| 01/14/2021 | 73 | Almaden Ranch LLC | Binder & Malter LLP | Attn: Julie Rome-Banks | 2775 Park Avenue | | Santa Clara | CA | 95050 | $285,508.16 | $267,566.98 | | $14,973.75 | $2,967.43 | MRRC Hold Co. | 20-12689 |
| 01/15/2021 | 74 | FHB Retail Property, LLC, a Delaware limited liability company | c/o Fairbourne Properties | Attn: Donna Dardon | 1 East Wacker Drive | Suite 3110 | Chicago | IL | 60601 | $70,111.09 | $70,111.09 | | | | MRRC Hold Co. | 20-12689 |

MRRC Hold Co., et al.
Case No. 20-12688

Page 1 of 3



| Date Filed | Claim No. | Name | Attention Line | Address 1 | Address 2 | Address 3 | City | State | Zip | Total Amount | Unsecured | Priority | Secured | Administrative | Debtor Name | Case No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | 75 | Tucson Electric Power Company | Adam Melton | 88 E. Broadway, HQE910 | | | Tucson | AZ | 85701 | $7,576.37 | $7,576.37 | | | | MRRC Hold Co. | 20-12689 |
| 01/19/2021 | 76 | Twin Peaks Middle School | c/o Emily Parker | 14640 Tierra Bonita Rd | | | Poway | CA | 92064 | $120.00 | $120.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/19/2021 | 77 | Isaiah Winston | | 2203 Kimwood Ln | | | Rancho Cordova | CA | 95670 | Blank | | | | Blank | Rubio's Restaurants, Inc. | 20-12688 |
| 01/20/2021 | 78 | Metro Fire Equipment | David Tipescu | 63 S Hamilton Place | | | Gilbert | AZ | 85233 | $305.00 | $305.00 | | | | MRRC Hold Co. | 20-12689 |
| 01/20/2021 | 79 | Jimena Corona | | 11942 Rudbeckia Cir | | | Moreno Valley | CA | 92557 | $600.00 | $600.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/20/2021 | 80 | WEST HILLS MARCHING BAND BLUE AN | Elise Reinert | 8756 MAST BLVD. | | | SANTEE | CA | 92071 | $78.19 | $78.19 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/20/2021 | 81 | UTC Venture LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland, Esq. | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 6511 | $265,450.13 | $265,450.13 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/20/2021 | 82 | Hoshizaki Western D.C. | | 790 Challenger Street | | | Brea | CA | 92821 | $953.89 | $953.89 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/21/2021 | 83 | New Wave Electric | | 2612 Temple Heights Dive | | | Oceanside | CA | 92056 | $1,201.00 | $1,201.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/24/2021 | 84 | ALPHA OMEGA | ATTN: CINDY DOAN | 13562 CHESTNUT STREET | | | WESTMINSTER | CA | 92683 | $11.48 | $11.48 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/21/2021 | 85 | Southern California Gas Company | Abiola Dawodu | PO Box 30337 | | | Los Angeles | CA | 90030 | $2,060.14 | $2,060.14 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/22/2021 | 86 | UTC Venture LLC | c/o Barclay Damon LLP | Attn: Niclas A. Ferland, Esq. | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 6511 | $2,683.64 | | | | $2,683.64 | Rubio's Restaurants, Inc. | 20-12688 |
| 01/22/2021 | 87 | City of Downey | Attn: City Attorney | 11111 Brookshire Avenue | | | Downey | CA | 90241 | $300.58 | $300.58 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/25/2021 | 88 | BAKER COMMODITIES INC. | ATTN: NATIONAL ACCOUNTS | 4020 Bandini Blvd | | | Vernon | CA | 90058 | $17,430.00 | $17,430.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/25/2021 | 89 | Norberta Lopez | | 411 Lewis Rd #229 | | | San Jose | CA | 95111 | Blank | Blank | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/26/2021 | 90 | Protiviti | Robert Half / Recovery Dept | PO Box 5024 | | | San Ramon | CA | 94583 | $11,077.00 | $11,077.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/25/2021 | 91 | Aquatic Perfection Inc. | Brian Long | P.O. Box 231907 | | | Encinitas | CA | 92023 | $533.15 | $533.15 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/26/2021 | 92 | All Temperatures Controlled | | 9720 Topanga Canyon Place | | | Chatsworth | CA | 91311 | $6,543.21 | $6,543.21 | | | | MRRC Hold Co. | 20-12689 |
| 01/28/2021 | 93 | Platinum Property Service Inc. | | PO Box 6394 | | | Norco | CA | 92860 | $330.00 | $330.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/27/2021 | 94 | St. Petka Serbian Orthodox Church- Avala | C/O TATIANA KATANIC | 1854 Knob Hill Road | | | San Marcos | CA | 92069 | $86.68 | $86.68 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/28/2021 | 95 | Laguna Creek High School Ptso Inc. | c/o Julie Agrella | 9050 Vicino | | | Elk Grove | CA | 95758 | $186.22 | $186.22 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/29/2021 | 96 | All Temperatures Controlled, Inc. | | 9720 Topanga Canyon Place | | | Chatsworth | CA | 91311 | $6,543.21 | $6,543.21 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/29/2021 | 97 | Industrial Waste & Salvage | Adriana Willey | PO Box 446 | | | Fresno | CA | 93709 | $311.85 | $311.85 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 01/28/2021 | 98 | Network Rooter & Plumbing Inc | Jeanine Holmes | PO Box 9406 | | | Fountain Valley | CA | 92728 | $9,332.88 | $9,332.88 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/01/2021 | 99 | Grinnell Window Cleaning Inc. | | PO Box 61038 | | | Pasadena | CA | 91116 | $250.00 | $250.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/01/2021 | 100 | Imperial Irrigation District | | 333 East Barioni Blvd. | | | Imperial | CA | 92251-0937 | $2,268.00 | $2,268.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/01/2021 | 101 | Southwest Gas Corporation | c/o Bankruptcy Desk | Rosalie Klein | PO Box 1498 | | Victorville | CA | 92393 | $19,773.69 | $19,773.69 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/01/2021 | 102 | Southwest Gas Corporation | | PO Box 1498 | | | Victorville | CA | 92393-1498 | $19,773.69 | $19,773.69 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/01/2021 | 103 | David Holmberg | | 2161 Colvin Run Dr | | | Henderson | NV | 89052 | To Be Determined | | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/02/2021 | 104 | Gigi Greene | c/o West Coast Employment Lawyers | Attn: Ronald L. Zambrano; Melineh Kasbarian | 350 South Grand Ave | Suite 3325 | Los Angeles | CA | 90071 | $1,000,000.00 | $986,350.00 | $13,650.00 | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/02/2021 | 105 | Reinhold St. Pete Properties, LLC | | 1845 Town Center Blvd. | Ste. 105 | | Fleming Island | FL | 32003 | $274,025.55 | $274,025.55 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/03/2021 | 106 | City and County of Denver - Manager of Finance | Specialized Audit Support Team | 201 W Colfax Ave, MC 1001, Dept 1009 | | | Denver | CO | 80202 | $5,149.12 | | | $5,149.12 | | MRRC Hold Co. | 20-12689 |
| 02/03/2021 | 107 | Barber Auto Mall Properties, LP | Josh H. Escovedo | Weintraub Tobin | 400 Capitol Mall, 11th Floor | | Sacramento | CA | 95814 | $102,346.18 | $102,346.18 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 108 | Andrews Construction, Inc. | Jon Phillips | 5617 E Hillery Dr | | | Scottsdale | AZ | 85254 | $9,542.29 | $9,542.29 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/04/2021 | 109 | Andrews Services Inc | Jon Kerry Phillips | 5617 E Hillery Dr | | | Scottsdale | AZ | 85254 | $14,250.82 | $14,250.82 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/04/2021 | 110 | Andrews Refrigeration Inc | Jon Phillips | 5617 E Hillary Drive | | | Scottsdale | AZ | 85254 | $26,095.07 | $26,095.07 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 111 | Wilbur Curtis Company Inc. | Credit & Collections Department | Attn: Arthur Esquibel | 6913 Acco St. | | Montebello | CA | 90640 | $3,132.20 | $3,132.20 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 112 | CORODATA RECORDS MANAGEMENT, INC | TING FONG | 12375 KERRAN STREET | | | POWAY | CA | 92064 | $469.00 | | | $469.00 | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 113 | CORODATA SHREDDING, INC. | TING FONG | 12375 KERRAN STREET | | | POWAY | CA | 92064 | $57.87 | $57.87 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 114 | Cynthia Moore | c/o Lederer & Nojima, LLP | Attn: John Nojima, Esq. | 12100 Wilshire Blvd., Suite 480 | | Los Angeles | CA | 90025 | $500,000.00 | $500,000.00 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 115 | Cynthia Moore | c/o Lederer & Nojima, LLP | Attn: John Nojima, Esq. | 12100 Wilshire Blvd., Suite 480 | | Los Angeles | CA | 90025 | $500,000.00 | $500,000.00 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 116 | Cynthia Moore | c/o Lederer & Nojima, LLP | Attn: John Nojima, Esq. | 12100 Wilshire Blvd., Suite 480 | | Los Angeles | CA | 90025 | $500,000.00 | $500,000.00 | | | | MRRC Hold Co. | 20-12689 |
| 02/04/2021 | 117 | Cynthia Moore | c/o Lederer & Nojima, LLP | Attn: John Nojima, Esq. | 12100 Wilshire Blvd., Suite 480 | | Los Angeles | CA | 90025 | $500,000.00 | $500,000.00 | | | | MRRC Hold Co. | 20-12689 |
| 02/05/2021 | 118 | Nathaniel Jackson | | 38016 Posada Circle | | | Murrieta | CA | 92563 | ? | ? | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/05/2021 | 119 | Associated Students Ucla | Attn: Alexia Montibon, ASUCLA A/R | 308 Westwood Plaza | AU3519 | | Los Angeles | CA | 90095-1645 | $381.71 | $381.71 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/05/2021 | 120 | Illinois Wholesale Cash Register Inc | Nicole Szymski | 2790 Pinnacle Dr | | | Elgin | IL | 60124-9910 | $3,231.58 | $3,231.58 | | | | MRRC Hold Co. | 20-12689 |
| 02/08/2021 | 121 | Ares Commercial Properties | c/o K4 Management | 265 E River Park Circle | Ste. 480 | | Fresno | CA | 93720 | $10,687.50 | $10,687.50 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/08/2021 | 122 | JANUS Et Cie | Benson E. Garrett | 555 S. Flower Street | Suite 2900 | | Los Angeles | CA | 90071 | $95,000.00 | $95,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/09/2021 | 123 | Financial Credit Network | | PO BOX 3084 | | | VISALIA | CA | 93278 | $1,799.77 | $1,799.77 | | | | MRRC Hold Co. | 20-12689 |
| 02/09/2021 | 124 | Blue Dot Safes | Attn: Berge Jalakian | 2707 N Garey Ave | | | Pomona | CA | 91767 | $3,180.72 | $3,180.72 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/09/2021 | 125 | Saber Corner LLC | c/o Stearns Weaver | Attn: John N. Muratides, Esq. | 401 Jackson St | Suite 2100 | Tampa | FL | 33602 | $284,946.05 | $284,946.05 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/10/2021 | 126 | SandTree Menifee LLC | Randall Bort | 2711 N. Sepulveda Blvd | #537 | | El Segundo | CA | 90266 | $34,524.33 | $34,524.33 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/10/2021 | 127 | Associated Students of SDSU | Giovanni Roberto, Treasurer | 174 ORANGE BLOSSOM CIRCLE | | | FOLSOM | CA | 95630 | $146.91 | $146.91 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/11/2021 | 128 | City of Santee | Attn: Finance Dept | 10601 Magnolia Ave | | | Santee | CA | 92071 | $167.00 | $167.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/12/2021 | 129 | United State Fire Insurance Company t/a Crum & Forster | Gina Pontoriero | 305 Madison Ave | | | Morristown | NJ | 07069 | $3,035.00 | | | $3,035.00 | | MRRC Hold Co. | 20-12689 |
| 02/12/2021 | 130 | Regents of The Univ of Ca, San Diego | Executive Director, Real Estate | 9500 Gillman Drive #0982 | | | La Jolla | CA | 92093-0982 | $11,964.61 | $11,964.61 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/12/2021 | 131 | 11930 Narcoossee Road LLC | c/o Mirick O'Connell | Attn: Paul W. Carey, Esq./Kate P. Foley, Esq. | 1800 West Park Drive, Suite 400 | | Westborough | MA | 01581 | $188,523.50 | $188,523.50 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/12/2021 | 132 | UR Village, LLC | Bettina Marche | 5850 Canoga Avenue | Suite 650 | | Woodland Hills | CA | 91367 | $135,516.34 | $135,516.34 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/12/2021 | 133 | Angelina Crisci | | 3704 Jackdaw Street | | | San Diego | CA | 92103 | 9641.00 medical bills plus pain/suffer | | 9641.00 medical bills plus pain/suffer | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/12/2021 | 134 | Skylar Zrinski | Aegis Law Firm, PC | 9811 Irvine Center Drive | Suite 100 | | Irvine | CA | 92618 | $150,000.00 | $150,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/12/2021 | 135 | JANUS Et Cie | Benson E. Garrett | 555 S. Flower Street | Suite 2900 | | Los Angeles | CA | 90071 | Unliquidated | Unliquidated | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 136 | Regency Centers, L.P. | c/o Kelley Drye & Warren LLP | Attn: Robert L LeHane, Eloy A Peral, Mark Levine | 3 World Trade Ctr | Fl 57 | New York | NY | 10007-0042 | $231,773.61 | $231,773.61 | | | | MRRC Hold Co. | 20-12689 |
| 02/15/2021 | 137 | Tony Verdun | | 1707 Chadsworth Street | | | Stockton | CA | 95209 | $250,000.00 | $250,000.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 138 | EDH Waterfront, LLC | C/O THE MANSOUR COMPANY | 980 Fulton Ave. | | | Sacramento | CA | 95828 | $11,319.88 | $11,319.88 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 139 | Safeway Inc. | Michael Dingel | 250 Parkcenter Blvd. | | | Boise | ID | 83706 | $291,397.35 | $291,397.35 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 140 | Donahue Schriber Realty Group LP | Jennifer L Pruski | 980 Fulton Ave. | | | Sacramento | CA | 95825 | $8,484.08 | $8,484.08 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 141 | Donahue Schriber Realty Group LP | Jennifer L Pruski | 980 Fulton Ave. | | | Sacramento | CA | 95825 | $207,235.96 | $207,235.96 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 142 | Donahue Schriber Realty Group LP | Jennifer L Pruski | 980 Fulton Ave. | | | Sacramento | CA | 95825 | $225,677.99 | $225,677.99 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 143 | Skylar Zrinski | c/o Aegis Law Firm, PC | Attn: Jessica Campbell, Esq. | 9811 Irvine Center Drive, Ste 100 | | Irvine | CA | 92618 | $354,315,135.34 | $354,315,135.34 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 144 | Moulton Niguel Water | | PO Box 30204 | | | Laguna Niguel | CA | 92607-0204 | $167.27 | $167.27 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/15/2021 | 145 | Fernando Mata | | 2909 S Richfield St | | | Aurora | CO | 80013 | $13,500.00 | $13,500.00 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 146 | Mellisa Lomeli | Barbara DuVan-Clarke, Esq. | 5015 Eagle Rock Blvd | Suite 202 | | Los Angeles | CA | 90041 | No less than 251000 | No less than 251000 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 147 | Village Center West 1669, LLC | Kim Covino | 500 North Broadway | Suite 201 | | Jericho | NY | 11753 | $287,153.88 | $286,783.03 | | | $370.85 | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 148 | MNG II, LP | c/o Borg Property Services, LLC | 1660 S. Alma School Rd. | #225 | | Mesa | AZ | 85210 | $956.10 | $956.10 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 149 | NetFortris Acquisition Co., Inc. | Brandon Lancaster | 5340 S. Legacy Drive | Suite 155 | | Plano | TX | 75024 | $242,752.32 | $153,395.53 | | | $89,356.79 | MRRC Hold Co. | 20-12689 |

MRRC Hold Co., et al.
Case No. 20-12688

Page 2 of 3



**Claims Register as of 04/28/2021**
Sorted by Claim Number

| Date Filed | Claim No. | Name | Attention Line | Address 1 | Address 2 | Address 3 | City | State | Zip | Total Amount | Unsecured | Priority | Secured | Administrative | Debtor Name | Case No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/16/2021 | 150 | Flatiron Property Holdings, LLC | Dustin P. Branch, Esq. | Ballard Spahr LLP | 2029 Century Park East, Suite 1400 | | Los Angeles | CA | 90067-2915 | $159,757.14 | $159,757.14 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 151 | California Department of Tax and Fee Administration | c/o Special Ops, MIC: 55 | Attn: Ryan Slauson | PO Box 942879 | | Sacramento | CA | 94279-0055 | $38,612.00 | | | $38,612.00 | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 152 | Stephen Smith | c/o Bisnar Chase | 27185 Hemingway Ct. | | | Menifee | CA | 92584 | $20,000.00 | $20,000.00 | | | | MRRC Hold Co. | 20-12689 |
| 02/16/2021 | 153 | 151 West Mineral Avenue Owner LLC | c/o Ballard Spahr LLP | Attn: Leslie Heilman | 919 N Market Street | 11th Floor | Wilmington | DE | 19801 | $775,132.72 | $775,132.72 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/16/2021 | 154 | Airtech Service | Natalie Lay | 5466 E. Lamona Ave, Suite 101 | | | Fresno | CA | 93727 | $6,119.91 | $6,119.91 | | | | MRRC Hold Co. | 20-12689 |
| 02/16/2021 | 155 | Robin Rodriguez | | 1400 Q Ave | Apt 4 | | National City | CA | 91950-4947 | 125730.88 estimated | 125730.88 estimated | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/17/2021 | 156 | Pacific Repair Service IntL, Inc | | 1666 N Magnolia Ave | Unit E | | El Cajon | CA | 92020 | $36,465.49 | $36,465.49 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/17/2021 | 157 | Jefferson County Treasurer Colorado | Dave | 100 Jefferson County Pkwy 2520 | | | Golden | CO | 80419-2520 | $6,113.02 | | | $6,113.02 | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/18/2021 | 158 | CORODATA RECORDS MANAGEMENT, INC | TING FONG | 12375 KERRAN STREET | | | POWAY | CA | 92064 | $1,031.80 | | | $1,031.80 | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/23/2021 | 159 | Sonoran Desert Aquatics | c/o Carl Jones And/Ormatt Brauer | PO Box 68486 | | | Oro Valley | AZ | 85737 | $232.42 | $232.42 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/22/2021 | 160 | City & County of Broomfield | Attn: Andrew Post | One Des Canbes Drive | | | Broomfield | CO | 80020 | $1,920.96 | | | $1,920.96 | | Rubio's Restaurants, Inc. | 20-12688 |
| 02/28/2021 | 161 | Hart Pacific Commons, LLC | c/o Clark Hill PLC | Attn: David M. Blau, Esq. | 151 S. Old Woodward Ave., Ste. 200 | | Birmingham | MI | 48009 | $335,955.30 | $335,955.30 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 03/15/2021 | 162 | Yorba Linda Water District | | PO Box 54348 | | | Los Angeles | CA | 90054 | $295.85 | $295.85 | | | | Rubio's Restaurants, Inc. | 20-12688 |
| 03/17/2021 | 163 | Solano County Tax Collector | | 675 Texas Street | Suite 1900 | | Fairfield | CA | 94533 | $105.43 | | | $105.43 | | Rubio's Restaurants, Inc. | 20-12688 |
| 04/08/2021 | 164 | City of Phoenix | Account Receivables | 251 W WASHINGTON ST 3RD FLOOR | | | PHOENIX | AZ | 85003 | $96.00 | $96.00 | | | | MRRC Hold Co. | 20-12689 |
| 04/20/2021 | 165 | DI Overnite, LLC | Attn: Joseph Varraveto | 14043 Stage Road | | | Santa Fe Springs | CA | 90670 | $3,343.77 | $3,343.77 | | | | Rubio's Restaurants, Inc. | 20-12688 |

MRRC Hold Co., et al.
Case No. 20-12688

Page 3 of 3